Certificate Number: 05781-GAM-DE-041219951

Bankruptcy Case Number: 21-70850



05781-GAM-DE-041219951

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 10:54 o'clock PM PDT, Steven Smith completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Georgia.

Date:   July 17, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President