Certificate Number: 05781-GAM-DE-041241923

Bankruptcy Case Number: 21-10412



05781-GAM-DE-041241923

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 3:38 o'clock PM PDT, Michael Fleming completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Georgia.

Date:  July 23, 2026

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President